UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.                                                              Docket No.:
                              Plaintiffs,       1:21-cv-01097(FB)(RLM)

     -against-

MACCABI PHARMACY RX, INC., et al.                         **STIPULATION TO EXTEND**
                              Defendants.       **TIME TO RESPOND TO**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X   **COMPLAINT**

**STIPULATION EXTENDING DEFENDANTS MACCABI PHARMACY RX INC.'S AND YURIY DAVIDOV'S TIME TO ANSWER COMPLAINT**

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that:

       1.    Defendants Maccabi Pharmacy RX, Inc. and Yuriy Davidov ("Defendants") acknowledges receipt of Plaintiffs' Complaint and accept service of Plaintiffs' Complaint as to the Defendants effective March 16, 2021.

       2.    Defendants' time to answer or otherwise respond to Plaintiffs' Complaint in this matter is extended up through and including May 7, 2021.

       3.    Defendants hereby waive any objections based upon insufficiency of process and lack of personal jurisdiction; and

       4.    Facsimile and electronic signatures shall be deemed originals for the purposes of this Stipulation.

Dated: April 8, 2021
       Uniondale, New York

| RIVKIN RADLER LLP | GARY TSIRELMAN PC |
|---|---|
| By: *[signature]* | By: *Nicholas Bowers* |
| Priscilla D. Kam, Esq. | Nicholas P. Bowers, Esq. |
| 926 RXR Plaza | 129 Livingston Street |
| Uniondale, New York 11556 | Second Floor |
| (516) 357-3000 | Brooklyn, New York 11201 |
| *Attorneys for Plaintiffs* | (718) 438-1200 |
| | *Attorney for Defendants* |

5218873.v1